| Information to identify the case: | |
|---|---|
| Debtor 1: Lakeisha Renee Bishop<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5179<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Eastern District of Virginia | |
| Case number:  21–33681–KLP | |

# Discharge of Debtor                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lakeisha Renee Bishop

<u>April 4, 2022</u>                              **For the court:**    <u>William C. Redden</u>
                                                                        Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:  Case No. 21-33681-KLP

Lakeisha Renee Bishop  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7     User: admin     Page 1 of 4

Date Rcvd: Apr 05, 2022     Form ID: 318     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lakeisha Renee Bishop, 401 Henrico Blvd., Richmond, VA 23222-1917 |
| 15796655 | + | ADT Security Services, P O Box 371967, Pittsburgh, PA 15250-7967 |
| 15796654 | + | Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita, KS 67205-9370 |
| 15796656 | | Asset Recovery Solutions, LLC, 2200 E. Devon Avenue, Ste 200, Des Plaines, IL 60018-4501 |
| 15796657 | | BCC Financial, PO Box 590067, Fort Lauderdale, FL 33359-0067 |
| 15796658 | + | Bon Secours, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15796659 | + | Brook Hill Partners LLC, 650 Madison Avenue, 20th Floor, New York, NY 10022-1029 |
| 15796660 | + | Cava Property Management, 5310 Markel Road, #104, Richmond, VA 23230-3030 |
| 15796661 | + | Charles Johnson Bail Bonding, 2507 Chamberlayne Avenue, Richmond, VA 23222-4214 |
| 15796663 | + | City of Richmond Public Utilit, 701 N. 25th Street, Richmond, VA 23223-6539 |
| 15805129 | + | Dave Inc., 750 N San Vicente Blvd., #900W, West Hollywood, CA 90069-5788 |
| 15796665 | + | David R. McGeorge Car Co., 9319 W Broad St., Henrico, VA 23294-5437 |
| 15796666 | + | Debt Recovery Solution, Attn: Bankruptcy, P.O. 9003, Syosset, NY 11791-9003 |
| 15796667 | + | Directv, PO Box 915, ATTN: Bankruptcy, El Segundo, CA 90245-0915 |
| 15796669 | + | Enterprise Rent A Car, 7919 W Broad St, Henrico, VA 23294-6303 |
| 15805136 | + | FloatMe, 454 Soledad Street, Ste 100, San Antonio, TX 78205-1555 |
| 15805137 | + | Geico, One Geico Center, Macon, GA 31296-0001 |
| 15796671 | | Gilliam & Mikula, PLLC, 804 Moorefield Park Drive, Suite 200, Richmond, VA 23236-3671 |
| 15796672 | + | Godwin-Jones Price, 20 South Auburn Ave, Richmond, VA 23221-2910 |
| 15796673 | + | HCA Health Services, One Park Plaza, Nashville, TN 37203-6527 |
| 15796676 | + | Hope Village Preservation LP, 100 Pine Street, San Francisco, CA 94111-5102 |
| 15796687 | + | Progressive Leasing, PO box 413110, Salt Lake City, UT 84141-0001 |
| 15796688 | + | QCE Services, Inc., d/b/a The Loan Store, 7310 Staples Mill Road, Henrico, VA 23228-4122 |
| 15796692 | | RG Village At The Arbors LLC, 4600 East Highway, Suite 610, Bethesda, MD 20814-0000 |
| 15796693 | + | Richfield Place Associates LP, 651 29th Street, San Francisco, CA 94131-2205 |
| 15796694 | + | Solodar & Solodar, 4825 Radford Ave., Suite 201, Richmond, VA 23230-3532 |
| 15796696 | + | St Mary's Hospital, 5801 Bremo Road, Richmond, VA 23226-1900 |
| 15796698 | + | Sykes, Bourdon, Ahern, & Levy, 4429 Bonney Road, Suite 500, Virginia Beach, VA 23462-3881 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: bruce.robinson@txitrustee.com | Apr 06 2022 00:00:00 | Bruce E. Robinson, 341 Dial 866-769-9218 Code: 7515089, P.O. Box 538, South Hill, VA 23970-0538 |
| 15796654 | + | Email/Text: Support@adastrarecoveryservicesinc.com | Apr 06 2022 00:00:00 | Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita, KS 67205-9370 |
| 15805122 | | Email/Text: bankruptcynotices@hellobrigit.com | Apr 06 2022 00:00:00 | Brigit, 36 West 20th Street, Floor 11, New York, NY 10011-0000 |
| 15796662 | + | Email/Text: bankruptcy@checkcity.com | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 06 2022 00:00:00 | Check City, Attn: Bankruptcy, PO Box 970183, Orem, UT 84097-0183 |
| 15796664 | + | EDI: COMCASTCBLCENT | Apr 06 2022 04:03:00 | Comcast, Attn: Bankruptcy, PO Box 3012, Southeastern, PA 19398-3012 |
| 15796668 | + | Email/Text: bknotice@ercbpo.com | Apr 06 2022 00:00:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15796670 | + | EDI: AMINFOFP.COM | Apr 06 2022 04:03:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15796674 | + | Email/Text: bankruptcy@henrico.us | Apr 06 2022 00:00:00 | Henrico County of Dept of Tax, P.O. Box 90775, Henrico, VA 23273-0775 |
| 15796675 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 00:08:59 | Henrico Doctors, c/o Resurgent Capital, PO Box 1927, Greenville, SC 29602-1927 |
| 15796677 | + | EDI: IIC9.COM | Apr 06 2022 04:03:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 15796678 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 06 2022 00:00:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15796679 | + | EDI: PARALONMEDCREDT | Apr 06 2022 04:03:00 | Medicredit, P O 1629, Maryland Heights, MO 63043-0629 |
| 15805147 | | Email/Text: bankruptcy@moneylion.com | Apr 06 2022 00:00:00 | Money Lion Loans, PO Box 1547, Sandy, UT 84091-1547 |
| 15796680 | + | Email/Text: bankruptcy@ncaks.com | Apr 06 2022 00:00:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 15796682 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Apr 06 2022 00:00:00 | PFS, ATTN: Bankruptcy, PO Box 3146, Spartanburg, SC 29304-3146 |
| 15796683 | | Email/Text: info@phoenixfinancialsvcs.com | Apr 05 2022 23:59:00 | Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis,, IN 46236-0000 |
| 15796684 | | Email/Text: info@plazaservicesllc.com | Apr 05 2022 23:59:00 | Plaza Services, LLC, 110 Hammond Dr, Ste 110, Atlanta, GA 30328-0000 |
| 15796685 | + | EDI: JEFFERSONCAP.COM | Apr 06 2022 04:03:00 | Premier Bankcard LLC, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 15796686 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Apr 06 2022 00:00:00 | Professional Financial Service, PO Box 1893, Spartanburg, SC 29304-1893 |
| 15796689 | | Email/Text: joey@rmscollect.com | Apr 06 2022 00:00:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235-0000 |
| 15796690 | + | Email/Text: joey@rmscollect.com | Apr 06 2022 00:00:00 | Receivable Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 15796691 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 00:09:32 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15796695 | | EDI: AISSPRINT | Apr 06 2022 04:03:00 | Sprint Bankruptcy, PO Box 7949, Overland Park, KS 66207-0000 |
| 15796697 | + | EDI: SWCR.COM | Apr 06 2022 04:03:00 | SW Credit Systems, 4120 International, Suite 100, Carrollton, TX 75007-1958 |
| 15796699 | | EDI: AISTMBL.COM | Apr 06 2022 04:03:00 | T-Mobile, Attn: Bankruptcy, PO Box 37380, Albuquerque, NM 87176-0000 |
| 15796700 | + | EDI: TCISOLUTIONS.COM | Apr 06 2022 04:03:00 | Total Visa/tbom/vt, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15796701 | + | EDI: VERIZONCOMB.COM | Apr 06 2022 04:03:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 15796702 | + | EDI: WFFC.COM | Apr 06 2022 04:03:00 | Wells Fargo, PO Box 4044, Concord, CA 94524-4044 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15805118 | *+ | ADT Security Services, P O Box 371967, Pittsburgh, PA 15250-7967 |
| 15805117 | *+ | Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita, KS 67205-9370 |
| 15805119 | * | Asset Recovery Solutions, LLC, 2200 E. Devon Avenue, Ste 200, Des Plaines, IL 60018-4501 |
| 15805120 | * | BCC Financial, PO Box 590067, Fort Lauderdale, FL 33359-0067 |
| 15805121 | *+ | Bon Secours, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15805123 | *+ | Brook Hill Partners LLC, 650 Madison Avenue, 20th Floor, New York, NY 10022-1029 |
| 15805124 | *+ | Cava Property Management, 5310 Markel Road, #104, Richmond, VA 23230-3030 |
| 15805125 | *+ | Charles Johnson Bail Bonding, 2507 Chamberlayne Avenue, Richmond, VA 23222-4214 |
| 15805126 | *+ | Check City, Attn: Bankruptcy, PO Box 970183, Orem, UT 84097-0183 |
| 15805127 | *+ | City of Richmond Public Utilit, 701 N. 25th Street, Richmond, VA 23223-6539 |
| 15805128 | *+ | Comcast, Attn: Bankruptcy, PO Box 3012, Southeastern, PA 19398-3012 |
| 15805130 | *+ | David R. McGeorge Car Co., 9319 W Broad St., Henrico, VA 23294-5437 |
| 15805131 | *+ | Debt Recovery Solution, Attn: Bankruptcy, P.O. 9003, Syosset, NY 11791-9003 |
| 15805132 | *+ | Directv, PO Box 915, ATTN: Bankruptcy, El Segundo, CA 90245-0915 |
| 15805133 | *+ | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15805134 | *+ | Enterprise Rent A Car, 7919 W Broad St, Henrico, VA 23294-6303 |
| 15805135 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15805138 | * | Gilliam & Mikula, PLLC, 804 Moorefield Park Drive, Suite 200, Richmond, VA 23236-3671 |
| 15805139 | *+ | Godwin-Jones Price, 20 South Auburn Ave, Richmond, VA 23221-2910 |
| 15805140 | *+ | HCA Health Services, One Park Plaza, Nashville, TN 37203-6527 |
| 15805141 | *+ | Henrico County of Dept of Tax, P.O. Box 90775, Henrico, VA 23273-0775 |
| 15805142 | *+ | Henrico Doctors, c/o Resurgent Capital, PO Box 1927, Greenville, SC 29602-1927 |
| 15805143 | *+ | Hope Village Preservation LP, 100 Pine Street, San Francisco, CA 94111-5102 |
| 15805144 | *+ | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 15805145 | *+ | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15805146 | *+ | Medicredit, P O 1629, Maryland Heights, MO 63043-0629 |
| 15805148 | *+ | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 15805149 | *+ | Ortho Virginia, PO Box 35725, Richmond, VA 23235-0725 |
| 15805150 | *+ | PFS, ATTN: Bankruptcy, PO Box 3146, Spartanburg, SC 29304-3146 |
| 15805151 | *P++ | PHOENIX FINANCIAL SERVICES LLC, PO BOX 361450, INDIANAPOLIS IN 46236-1450, address filed with court:, Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis,, IN 46236-0000 |
| 15805152 | *P++ | PLAZA SERVICES LLC, ATTN MANNY WILLIAMS, 110 HAMMOND DRIVE, SUITE 110, ATLANTA GA 30328-4806, address filed with court:, Plaza Services, LLC, 110 Hammond Dr, Ste 110, Atlanta, GA 30328-0000 |
| 15805153 | *+ | Premier Bankcard LLC, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 15805154 | *+ | Professional Financial Service, PO Box 1893, Spartanburg, SC 29304-1893 |
| 15805155 | *+ | Progressive Leasing, PO box 413110, Salt Lake City, UT 84141-0001 |
| 15805156 | *+ | QCE Services, Inc., d/b/a The Loan Store, 7310 Staples Mill Road, Henrico, VA 23228-4122 |
| 15805160 | * | RG Village At The Arbors LLC, 4600 East Highway, Suite 610, Bethesda, MD 20814-0000 |
| 15805157 | * | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235-0000 |
| 15805158 | *+ | Receivable Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 15805159 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15805161 | *+ | Richfield Place Associates LP, 651 29th Street, San Francisco, CA 94131-2205 |
| 15805163 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint Bankruptcy, PO Box 7949, Overland Park, KS 66207-0000 |
| 15805165 | *+ | SW Credit Systems, 4120 International, Suite 100, Carrollton, TX 75007-1958 |
| 15805162 | *+ | Solodar & Solodar, 4825 Radford Ave., Suite 201, Richmond, VA 23230-3532 |
| 15805164 | *+ | St Mary's Hospital, 5801 Bremo Road, Richmond, VA 23226-1900 |
| 15805166 | *+ | Sykes, Bourdon, Ahern, & Levy, 4429 Bonney Road, Suite 500, Virginia Beach, VA 23462-3881 |
| 15805167 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile, Attn: Bankruptcy, PO Box 37380, Albuquerque, NM 87176-0000 |
| 15805168 | *+ | Total Visa/tbom/vt, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15805169 | *+ | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 15805170 | *+ | Wells Fargo, PO Box 4044, Concord, CA 94524-4044 |
| 15796681 | ##+ | Ortho Virginia, PO Box 35725, Richmond, VA 23235-0725 |

TOTAL: 0 Undeliverable, 49 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruce E. Robinson | bruce.robinsontr@gmail.com  therese.rogerstra@gmail.com;ecf.alert+Robinson@titlexi.com |
| James E. Kane | on behalf of Debtor Lakeisha Renee Bishop jkane@kaneandpapa.com info@kaneandpapa.com,jason.kane@kaneandpapa.com,jkrumbein@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com,cdonnell@kaneandpapa.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 3